No. 1827. PEOPLE, APPELLEE, v. SANTIAGO, APPELLANT.—Second District Court of San Juan. Violation of Excise-tax Law. Decided December 9, 1921. There was no bill of exceptions or statement of the case and the record does not disclose any fundamental error. *Affirmed.*

No. 1815. PEOPLE, APPELLEE, v. TORRES, APPELLANT. — Second District Court of San Juan. Violation of Excise-tax Law. Decided December 9, 1921. There was no bill of exceptions, transcript of the evidence or brief filed and the complaint was held to be sufficient. *Affirmed.*

Nos. 1813 AND 1814. PEOPLE, APPELLEE, v. PEPÍN, APPELLANT.—PEOPLE, APPELLEE, v. GARI, APPELLANT.—Second District Court of San Juan. Violation of Excise-tax Law. Decided December, 9, 1921. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 1808. PEOPLE, APPELLEE, v. OCHOA, APPELLANT.—District Court of Humacao. Violation of section 553 of the Penal Code. Decided December 9, 1921. No brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1793. PEOPLE, APPELLEE, v. MILLÁN, APPELLANT. — District Court of Humacao. Voluntary homicide. Decided December 9, 1921. No brief was filed and the record shows no fundamental error. *Affirmed.*

No. 1802. PEOPLE, APPELLEE, v. RIVERA, APPELLANT. — District Court of Guayama. Violation of Excise-tax Law. Decided December 12, 1921. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1788. PEOPLE, APPELLEE, v. CORA, APPELLANT.—District Court of Guayama. Aggravated assault and battery. Decided December 12, 1921. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*